# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of California

Case Number: 8:16-CV-00851-CJC(DFMX)

Plaintiff:
**SKYCO SHADING SYSTEMS, INC.**

vs.

Defendant:
**SKYCO SKYLIGHTS, INC.**

For:
ALAN ENGLE, ESQ.
MEADOR & ENGEL
5151 CALIFORNIA AVENUE, SUITE 100
IRVINE, CA  92617-3059

Received by Cal Process Servers on the 22nd day of June, 2016 at 11:05 am to be served on **SKYCO SKYLIGHTS, INC., 2995 AIRWAY AVENUE, COSTA MESA, CA 92626**.

I, Richard Steiber, do hereby affirm that on the **28th day of June, 2016** at **11:40 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS, COMPLAINT, CIVIL CASE COVER SHEET, NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES , NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM,** with the date and hour of service endorsed thereon by me, to:
**RYAN MARSHALL, REGISTERED AGENT**  at the address of: **2995 AIRWAY AVENUE, COSTA MESA, CA 92626**  on behalf of **SKYCO SKYLIGHTS, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**
Routine Process Service        $55.00
Total                          $55.00

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Richard Steiber
1852

**Cal Process Servers**
**14271 Jeffrey Road, #308**
**Irvine, CA 92620**
**(949) 295-8028**

Our Job Serial Number: RSC-2016000696

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| SKYCO SHADING SYSTEMS, INC., <br><br> *Plaintiff(s)* <br> v. <br> SKYCO SKYLIGHTS, INC., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 8:16-cv-00851 CJC(DFMx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SKYCO SKYLIGHTS, INC.
2995 Airway Ave
Costa Mesa, CA 92626

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alan Engle (SBN 224779)
alan.engle@meenlegal.com
MEADOR & ENGLE
5151 California Ave., Suite 100
Irvine, CA 92617-3059
Telephone: (310) 428-6985

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/09/2016

*Signature of Clerk or Deputy Clerk*